THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jovan McRant, Appellant.
 
 
 

Appeal From Lexington County
Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2009-UP-203
Submitted April 1, 2009  Filed May 18,
 2009
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia;
 and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Jovan McRant
 appeals his convictions for armed robbery, possession of a pistol under the age
 of twenty-one, possession of a weapon during the commission of a violent crime,
 and fifteen year prison sentence.  McRant argues the trial court erred in failing
 to suppress the results of a gun shot residue test and in failing to grant a
 continuance.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d
 691, 694 (2003) (finding a party cannot argue a different ground for error
 on appeal than that argued at trial).
AFFIRMED.
Hearn,
 C.J., Pieper and
Lockemy, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.